# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SHANNON JONES,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No.: 1:17-CV-0649-VEH** |
| | ) |
| **WAFFLE HOUSE, INC., and** | ) |
| **JACOB LEMONS, individually,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

Plaintiff Shannon Jones ("Ms. Jones") initiated this sexual harassment lawsuit against Defendants Waffle House, Inc. ("Waffle House") and Jacob Lemons ("Mr. Lemons") on April 1, 2017. (Doc. 1). On September 6, 2017, this case was reassigned to the undersigned. (Doc. 15).

Pending before the Court is Waffle House's Motion To Dismiss Without Prejudice, Or, Alternatively To Stay, and To Compel Arbitration (doc. 11) (the "Motion") filed on August 2, 2017. Waffle House reports that neither Ms. Jones nor Mr. Lemons opposes its Motion. (Doc. 11 at 6 ¶ 8).

Accordingly, in light of no objection by any party, Waffle House's Motion is **GRANTED** with respect to the alternative relief requested and, this case is **HEREBY**

**STAYED**[1] and **ADMINISTRATIVELY CLOSED** pending arbitration. Upon good cause shown by either side, the Court will grant a motion to reinstate this lawsuit as an active case. Further, the court **HEREBY RETAINS** jurisdiction to enforce any settlement reached or arbitration award rendered in this case.

**DONE** and **ORDERED** this the 28th day of September, 2017.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge

---

[1] With the exception of Plaintiff's deadline of October 6, 2017, to separately file in her amended complaint as set out in Doc. 24.